# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES WALKER,                                                                    PLAINTIFF
ADC #162619

v.                        5:19-cv-00267-JM-JJV

ARKANSAS BOARD OF CORRECTION, *et al*.                  DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his § 1983 Eighth Amendment, ADA, and RA claims against Defendants Horan, Chism, Moore, and Hoffman.

2. All other claims against all other defendants are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 19th day of December, 2019.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE