**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES WALKER,     PLAINTIFF
ADC #162619

v.     5:19-cv-00267-JM-JJV

ARKANSAS BOARD OF CORRECTION, *et al.*     DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 20th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE